IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:07CV210
(3:01CR90)

| | |
|---|---|
| JULIA POWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's motion to defer restitution payments.

Pursuant to recent Fourth Circuit decisions, the Petitioner's motion shall be construed as a habeas corpus petition under 28 U.S.C. § 2241. *See Hudson v. United States*, 2007 WL 901591 (4th Cir. 2007); *Gripper v. United States*, 2007 WL 1115953 (4th Cir. 2007). Construed as such, it is incumbent on this Court to make a determination whether to transfer the action to the district court of Petitioner's confinement or dismiss the action without prejudice to the Petitioner to refile same in the appropriate district court. *Id*. The Court, therefore, finds that the interests of justice would

2

best be served by dismissing this action without prejudice and permitting the Petitioner to refile same in the appropriate district court.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 23, 2007

Lacy H. Thornburg
United States District Judge